MICHAEL PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-598-5863
michael.r.pahl@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Stipulation for Dismissal |
| Plaintiff, | |
| v. | |
| **ROBERT ALAN PFAFF et al.**, | |
| Defendants. | |

___

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and their respective attorneys that the following facts are not in dispute and, subject to the approval of the Court, and if the Court awards judgment, shall be incorporated into the Court's Findings of Fact and Conclusions of Law:

1. Larry T. Burger was named as a defendant because he may claim an interest in the real property referenced in Count VII of the Complaint.

2. By Deed of Reconveyance recorded in Polk County, Oregon on March 14, 2025, Larry T. Burger relinquished any interest he had in the real property referenced in Count VII of the Complaint.

3. Any sale of the real property referenced in Count VII of the Complaint under a judgment entered in this case shall be made free and clear of the interests of Larry T. Burger.

4. The United States agrees and consents to a dismissal of Larry T. Burger from this case with prejudice and without costs or fees to any party.

| | |
|---|---|
| Dated: March 18, 2025 | s/Michael R. Pahl<br>MICHAEL PAHL<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 7238<br>Washington, D.C. 20044<br>202-598-5863<br>michael.r.pahl@usdoj.gov<br><br>Attorney for the United States |
| Dated: March 18, 2025 | s/Lane P. Shetterly<br>Lane Shetterly<br>Sherman Sherman Johnnie & Hoyt, LLP<br>Phone (503) 623-6695 \| Fax (503) 623-6698<br>189 SW Academy St., Dallas, OR 97338<br>Mail: PO Box 105, Dallas, OR 97338<br><br>Attorney for Larry T. Burger |