MICHAEL PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-598-5863
michael.r.pahl@usdoj.gov

*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Stipulation for Dismissal |
| Plaintiff, | |
| v. | |
| **ROBERT ALAN PFAFF et al.**, | |
| Defendants. | |

_____

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto and their respective attorneys that the following facts are not in dispute and, subject to the approval of the Court, and if the Court awards judgment, shall be incorporated into the Court's Findings of Fact and Conclusions of Law:

1. Tracie L. Burger was named as a defendant because she may claim an interest in the real property referenced in Count VII of the Complaint.

2. By Deed of Reconveyance recorded in Polk County, Oregon on March 14, 2025, Tracie L. Burger relinquished any interest she had in the real property referenced in Count VII of the Complaint.

3. Any sale of the real property referenced in Count VII of the Complaint under a judgment entered in this case shall be made free and clear of the interests of Tracie L. Burger.

4. The United States agrees and consents to a dismissal of Tracie L. Burger from this case with prejudice and without costs or fees to any party.

Dated: March 18, 2025

s/Michael R. Pahl
MICHAEL PAHL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
202-598-5863
michael.r.pahl@usdoj.gov

Attorney for the United States

Dated: March 18, 2025

s/Lane P. Shetterly
Lane Shetterly
Sherman Sherman Johnnie & Hoyt, LLP
Phone (503) 623-6695 | Fax (503) 623-6698
189 SW Academy St., Dallas, OR 97338
Mail: PO Box 105, Dallas, OR 97338

Attorney for Tracie L. Burger